376

**Philip B. FLEMING, Administrator, Office of Temporary Controls, v. Louis SIEGEL and Samuel Siegel, Sole Owners and Doing Business as Leavenworth Packing Company.**

No. 3504.

Circuit Court of Appeals, Tenth Circuit.
April 25, 1947.

David London, of Washington, D. C., Leonard M. Cox, of Dallas, Tex., and James D. Dockery, of St. Louis, Mo., for appellant.

Patrick W. Croker, of Kansas City, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

**Paul A. PORTER, Administrator, Office of Price Administration, (Philip B. Fleming, Temporary Controls Administrator, substituted as party appellant), v. Harry RUBENSTEIN, Doing Business as Rubenstein Hide & Fur Company, Appellee.**

No. 11839.

Circuit Court of Appeals, Fifth Circuit.
May 16, 1947.

David London and Albert M. Dreyer, both of Washington, D. C., for appellant.

Sidney W. Provensal, of Slidell, La., for appellee.

Before HUTCHESON, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

In Porter v. Rabinowitz, the District Judge, in an opinion giving his reasons therefor dismissed the complaint of the Administrator. For the reasons given in that case, the complaint in this one was dismissed by the same District Judge. The Rabinowitz case was appealed to this court, and, on February 19, 1947, was reversed.[1] For the reasons given in, and on the authority of, that case, the judgment appealed from here is reversed.

**Dean S. RESLER v. UNITED STATES of America (two cases).**

Nos. 3486, 3487.

Circuit Court of Appeals, Tenth Circuit.
April 14, 1947.

Raymond M. Sandhouse and Francis L. Shallenberger, both of Sterling, Colo., for appellant.

Thomas J. Morrissey, U. S. Atty., and Bart W. O'Hara, Asst. U. S. Atty., both of Denver, Colo., for appellee.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

[1] Porter v. Rabinowitz, 5 Cir., 159 F.2d 512.